**Stephen Akin MOLAJOYE, Petitioner,**

v.

**John ASHCROFT, Attorney
General, Respondent.**

No. 03–1080.

United States Court of Appeals,
Fourth Circuit.

Submitted July 22, 2003.

Decided Aug. 12, 2003.

Bokwe G. Mofor, Immigration Law Center, Silver Spring, Maryland, for Petitioner. Peter D. Keisler, Assistant Attorney General, Earle B. Wilson, Senior Litigation, Leslie M. McKay, Office of Immigration Litigation, Civil Division, United States Department of Justice, Washington, D.C., for Respondent.

Before NIEMEYER, KING, and SHEDD, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

PER CURIAM.

Stephen Akin Molajoye, a native and citizen of Nigeria, petitions for review of an order of the Board of Immigration Appeals ("Board") denying his motion to reopen and for reconsideration. We have reviewed the administrative record and the Board's order and find that the Board did not abuse its discretion in denying Molajoye's motion to reopen. *See* 8 C.F.R. § 1003.2(a) (2003); *INS v. Doherty,* 502 U.S. 314, 323–24, 112 S.Ct. 719, 116 L.Ed.2d 823 (1992). Accordingly, we deny the petition for review on the reasoning of the Board. *See In re: Molajoye,* No. A29–625–532 (B.I.A. Dec. 16, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*